# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS ANTHONY NAVARRETTE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 81193

NICHOLAS ANTHONY NAVARRETTE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 81194

**FILED**

JUN 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from the "Court of Appeals order of Affirmance as well as District Courts [sic] Findings of Facts on Habeas Corpus petition." Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of these appeals reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order of affirmance of the Court of Appeals. *See* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."); *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that appellant appeals from the findings of fact, conclusions of law and order entered on July 8, 2019, the notices of appeal were untimely filed. *See*

SUPREME COURT
OF
NEVADA

(O) 1947A

20-20963

NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994) (an untimely notice of appeal fails to vest jurisdiction in this court). In addition, that order was already on appeal in Docket No. 79147-COA. A second duplicate appeal may not be pursued. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Tierra Danielle Jones, District Judge
     Nicholas Anthony Navarrette
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A